# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LERON M. CHAMBLISS, JR.

NO. 2024 KW 0552

**SEPTEMBER 23, 2024**

---

In Re:  Leron M. Chambliss, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-05008.

---

**BEFORE:  THERIOT, CHUTZ, AND HESTER, JJ.**

 **WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's "Motion for Extension of Time to File Memorandum in Support of Application for Post Conviction Relief" on June 27, 2024.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT